## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

------------------------------------------------------------------------- x
NATIONAL CREDIT UNION ADMINISTRATION :
BOARD, as Liquidating Agent of U.S. Central Federal :
Credit Union, Western Corporate Federal Union, Members :
United Corporate Federal Credit Union, and Southwest :
Corporate Federal Credit Union, :
                                                                                Plaintiff,       :    No. 11-cv-2341 EFM/JPO
                                                                                 v.                :

J.P. MORGAN SECURITIES LLC, J.P. MORGAN :
ACCEPTANCE CORPORATION I, AMERICAN HOME :
MORTGAGE ASSETS LLC, INDYMAC MBS, INC., and :
BOND SECURITIZATION, LLC, :
                                                       Defendants.   :
------------------------------------------------------------------------- x

## ENTRY OF APPEARANCE

COMES NOW John W. Shaw and provides notice that he is entering his appearance on behalf of Defendants J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I and Bond Securitization, LLC.

                                                     Respectfully submitted,

                                                     **BERKOWITZ OLIVER WILLIAMS**
                                                     **SHAW & EISENBRANDT LLP**

                                                     By:   /s/ John W. Shaw
                                                         John W. Shaw (KS # 70091)
                                                         2600 Grand Boulevard, Suite 1200
                                                          Kansas City, Missouri 64108
                                                          Telephone:    (816) 561-7007
                                                          Facsimile:     (816) 561-1888
                                                          jshaw@berkowitzoliver.com

                                                   *Counsel for Defendants J.P. Morgan Securities*
                                                   *LLC, J.P. Morgan Acceptance Corporation I and*
                                                   *Bond Securitization, LLC*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of August, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      /s/ John W. Shaw
Counsel for Defendants J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I and Bond Securitization, LLC