# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

|  |  |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Union, Members United Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union, | : : : : : : |
| Plaintiff, | : No. 11-cv-2341 EFM/JPO |
| v. | : : |
| J.P. MORGAN SECURITIES LLC, J.P. MORGAN ACCEPTANCE CORPORATION I, AMERICAN HOME MORTGAGE ASSETS LLC, INDYMAC MBS, INC., and BOND SECURITIZATION, LLC, | : : : : : : |
| Defendants. | : |

## ENTRY OF APPEARANCE

COMES NOW Jennifer B. Wieland and provides notice that she is entering her appearance on behalf of Defendants J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I and Bond Securitization, LLC.

Respectfully submitted,

**BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP**

By: /s/ Jennifer B. Wieland
Jennifer B. Wieland (KS # 22444)
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
jwieland@berkowitzoliver.com

*Counsel for Defendants J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I and Bond Securitization, LLC*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of August, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                /s/ Jennifer B. Wieland
              Counsel for Defendants J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I and Bond Securitization, LLC