UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

------------------------------------------------------------------------ x
NATIONAL CREDIT UNION ADMINISTRATION :
BOARD, as Liquidating Agent of U.S. Central Federal :
Credit Union, Western Corporate Federal Union, Members :
United Corporate Federal Credit Union, and Southwest :
Corporate Federal Credit Union, :
                                                                Plaintiff, :   No. 11-cv-2341 EFM/JPO
                                                              v. :

J.P. MORGAN SECURITIES LLC, J.P. MORGAN :
ACCEPTANCE CORPORATION I, AMERICAN HOME :
MORTGAGE ASSETS LLC, INDYMAC MBS, INC., and :
BOND SECURITIZATION, LLC, :
                                              Defendants. :
------------------------------------------------------------------------ x

**J.P. MORGAN DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

      COME NOW Defendants J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I and Bond Securitization, LLC (collectively, the "J.P. Morgan Defendants"), by and through counsel, and move the Court for an Order extending the time in which to respond to the National Credit Union Administration Board's complaint to, and including, September 7, 2011.  In support of this Motion, the J.P. Morgan Defendants state as follows:

      1.     On June 20, 2011, plaintiff National Credit Union Administration Board ("Plaintiff") commenced the above-captioned action by filing a complaint (the "Complaint") in the United States District Court for the District of Kansas against J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, American Home Mortgage Assets LLC, IndyMac MBS, Inc., and Bond Securitization, LLC.

2. On July 18, 2011, Plaintiff served J.P. Morgan Securities LLC and J.P. Morgan Acceptance Corporation I, via electronic mail, with the Summons and Complaint.

3. On July 19, 2011, Plaintiff served defendant Bond Securitization, LLC, via electronic mail, with the Summons and Complaint.

4. Absent extension, defendants J.P. Morgan Securities LLC and J.P. Morgan Acceptance Corporation I are due to answer, move or otherwise respond to the Complaint on or before August 8, 2011, and defendant Bond Securitization, LLC is due to answer, move or otherwise respond to the Complaint on or before August 9, 2011.

5. Counsel for Plaintiff and counsel for the J.P. Morgan Defendants have conferred and have agreed that the J.P. Morgan Defendants' time to answer, move or otherwise respond to the Complaint should be extended until September 7, 2011.

6. This Motion is not filed for the purpose of delay or harassment, but rather to provide the J.P. Morgan Defendants additional time to investigate the allegations contained within the Complaint and respond accordingly.

7. This is the first such extension requested.

8. The proposed extension will not cause prejudice to any party.

WHEREFORE, the J.P. Morgan Defendants respectfully move this Court for an extension of time, up to and including September 7, 2011, in which to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

/s/ John W. Shaw
John W. Shaw (KS # 70091)
Thomas P. Schult (KS # 70463)
Jennifer B. Wieland (KS # 22444)
BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone:     (816) 561-7007
Facsimile:     (816) 561-1888
jshaw@berkowitzoliver.com
tschult@berkowitzoliver.com
jwieland@berkowitzoliver.com

*Of Counsel*
Daniel Slifkin
Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Defendants J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I and Bond Securitization, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of August, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ John W. Shaw
Counsel for Defendants J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I and Bond Securitization, LLC