IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union,<br><br>                                    Plaintiff,<br><br>             v.<br><br>J.P. MORGAN SECURITIES LLC., J.P. MORGAN ACCEPTANCE CORPORATION I, AMERICAN HOME MORTGAGE ASSETS LLC, INDYMAC MBS, INC., and BOND SECURITIZATION, LLC,<br><br>                                    Defendants. | Case No. 2:11-cv-2341 EFM/JPO |

**SECOND CONSENT MOTION TO EXTEND DEFENDANT
INDYMAC MBS, INC.'S TIME TO RESPOND TO COMPLAINT**

Defendant IndyMac MBS, Inc. ("IndyMac MBS") moves for an order extending its time to respond to the Complaint filed by Plaintiff National Credit Union Administration Board ("NCUA") to, and including, October 27, 2011. In support of this motion, IndyMac MBS states as follows:

1. On July 11, 2008, the Office of Thrift Supervision ("OTS") closed IndyMac Bank, F.S.B. and appointed the FDIC as Receiver of IndyMac Bank and as Conservator for IndyMac Federal Bank. On March 19, 2009, the OTS closed IndyMac Federal Bank and appointed the FDIC as Receiver. IndyMac MBS remains part of the IndyMac Federal Bank receivership estate. The FDIC as Receiver for IndyMac Federal Bank controls the stock and administration of IndyMac MBS.

2. On June 20, 2011, NCUA commenced the above-captioned action by filing the Complaint against IndyMac MBS, among other Defendants. The 149 page, 15-count Complaint presents complex legal and factual issues.

3. According to the Proof of Service (Docket Entry 5), NCUA served IndyMac MBS on July 19, 2011. The Court has entered an order extending IndyMac MBS's initial answer date to September 7, 2011.

4. IndyMac MBS now moves the Court pursuant to D. Kan. 6.1 for a second extension of time to and including October 27, 2011 to answer, move or otherwise respond to the Complaint. On August 31, 2011, the Court entered such an order granting an extension to October 27, 2011 for the J. P. Morgan defendants

5. This motion is not filed for the purpose of delay or harassment, but rather to provide IndyMac MBS with the necessary time to investigate the allegations contained within the Complaint and respond accordingly. IndyMac MBS and Plaintiff have discussed the need for additional time and Plaintiff has consented to this motion.

6. This is the second extension IndyMac MBS has requested.

7. The proposed extension will not cause prejudice to any party.

WHEREFORE, IndyMac MBS requests that its time to answer, move, or otherwise respond to the Complaint be extended until October 27, 2011.

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 East Cambridge Circle Drive, Suite 300
Kansas City, KS  66103
Telephone (913) 371-3838
Facsimile (913) 371-4722
lgreenbaum@mvplaw.com
ghalper@mvplaw.com


BY: /s/ Lawrence D. Greenbaum
     Lawrence D. Greenbaum     #12175
     George D. Halper          #14736
     *Attorneys for IndyMac MBS, Inc.*


CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 7, 2011, this document was electronically filed with the Clerk of the Court using the CM/ECF system which system notifies counsel of record of such filing.

     /s/Lawrence D. Greenbaum