UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

---

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Union, Members United Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union, | |
| Plaintiff, | No. 11-cv-2341 EFM/JPO |
| v. | |
| J.P. MORGAN SECURITIES LLC, J.P. MORGAN ACCEPTANCE CORPORATION I, AMERICAN HOME MORTGAGE ASSETS LLC, INDYMAC MBS, INC., and BOND SECURITIZATION, LLC, | |
| Defendants. | |

**JOINT MOTION TO EXTEND THE PAGE LIMITATION
FOR DISMISSAL MOTION BRIEFING**

COME NOW Defendants J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I and Bond Securitization, LLC (collectively, the "J.P. Morgan Defendants"), Defendant IndyMac MBS, Inc. ("IndyMac MBS") (together with the J.P. Morgan Defendants, "Defendants") and Plaintiff National Credit Union Administration Board ("Plaintiff") (together with Defendants, "the Moving Parties"), by and through counsel, and move the Court for an order permitting them to file their briefing on a potential motion to dismiss Plaintiff's complaint in excess of the page limitations set forth in Local Rule 7.1(e). In support of this Motion, the Moving Parties state as follows:

1. On June 20, 2011, Plaintiff commenced the above-captioned action by filing a complaint (the "Complaint") in the United States District Court for the District of Kansas against

J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, American Home Mortgage Assets LLC, IndyMac MBS, Inc., and Bond Securitization, LLC.

2. On July 18, 2011, Plaintiff served J.P. Morgan Securities LLC and J.P. Morgan Acceptance Corporation I, via electronic mail, with the Summons and Complaint.

3. On July 19, 2011, Plaintiff served defendant Bond Securitization, LLC, via electronic mail, with the Summons and Complaint.

4. According to the Proof of Service (Docket Entry 5), Plaintiff served IndyMac MBS on July 19, 2011.

5. On August 31, 2011, the Court granted the J.P. Morgan Defendants' and Plaintiff's joint motion for extension of time, ordered that the J.P. Morgan Defendants' time to answer or otherwise respond to Plaintiff's Complaint be extended until October 27, 2011, and ordered that, if the J.P. Morgan Defendants move to dismiss the Complaint, Plaintiffs shall have until December 23, 2011 to oppose that motion and the J.P. Morgan Defendants shall have until January 25, 2012 to file a reply brief in further support of that motion.

6. On September 7, 2011, the Court granted IndyMac MBS's second consent motion for an extension of time, and ordered that IndyMac MBS's time to answer or otherwise respond to Plaintiff's Complaint be extended until October 27, 2011.

WHEREFORE, the Moving Parties respectfully request that the Court extend the page limitation set forth in Local Rule 7.1(e) and allow briefing subject to the following page limitations, exclusive of any title page, table of authorities, table of contents and signature page, if Defendants move to dismiss the Complaint:

    a. Forty-five (45) pages for a brief filed in support of Defendants' motion to dismiss the Complaint;

-3-

      b.      Forty-five (45) pages for a brief filed in opposition to Defendants' motion to dismiss the Complaint; and

      c.      Twenty (20) pages for a reply brief filed in support of Defendants' motion to dismiss the Complaint.

Respectfully submitted,

/s/  John W. Shaw
John W. Shaw (KS # 70091)
Thomas P. Schult (KS # 70463)
Jennifer B. Wieland (KS # 22444)
BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
Tel:  (816) 561 - 7007
Fax:  (816) 561 – 1888
jshaw@berkowitzoliver.com

*Of Counsel*
Daniel Slifkin
Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000
dslifkin@cravath.com
mpaskin@cravath.com

*Counsel for Defendants J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I and Bond Securitization, LLC*

and

/s/  Lawrence D. Greenbaum
Lawrence D. Greenbaum (KS #12175)
George D. Halper (KS #14736)
MCANANY, VAN CLEAVE &
PHILIPS, P.A.
10 East Cambridge Circle Drive, Suite 300
PO Box 171300
Kansas City, KS 66117-1300
Tel: (913) 371-3838
Fax: (913)371-4722
lgreenbaum@mvplaw.com
ghalper@mvplaw.com

*Counsel for Defendant IndyMac MBS, Inc.*

and

-5-

/s/   Norman E. Siegel_____
Norman E. Siegel (KS # 70354)
Rachel E. Schwartz (KS # 21782)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
schwartz@stuevesiegel.com

Mark C. Hansen
David C. Frederick
Wan J. Kim
Joseph S. Hall
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Fax: (202) 326-7999
mhansen@khhte.com
dfrederick@khhte.com
wkim@khhte.com
jhall@khhte.com

George A. Zelcs
KOREIN TILLERY, LLC
205 North Michigan Avenue, Suite 1950
Chicago, Illinois 60601
Phone: (312) 641-9760
Fax: (312) 641-9751
GZelcs@koreintillery.com

Stephen M. Tillery
Douglas R. Sprong
Peter H. Rachman
Robert L. King
Diane Moore Heitman
KOREIN TILLERY, LLC
505 North Seventh Street, Suite 3600
St. Louis, Missouri 63101-1625
Phone: (314) 241-4844
Fax: (314) 241-3525
STillery@koreintillery.com

-6-

          DSprong@koreintillery.com
          PRachman@koreintillery.com
          RKing@koreintillery.com
          DHeitman@koreintillery.com

<u>Of Counsel</u>:

Michael J. McKenna, General Counsel
John K. Ianno, Associate General Counsel
NATIONAL CREDIT UNION
ADMINISTRATION
1775 Duke Street
Alexandria, Virginia 22314-3428

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of October, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

          /s/ <u>John W. Shaw</u>
          Counsel for Defendants J.P. Morgan
          Securities LLC, J.P. Morgan Acceptance
          Corporation I and Bond Securitization, LLC