# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

```
------------------------------------------------------------------- x
NATIONAL CREDIT UNION ADMINISTRATION          :
BOARD, as Liquidating Agent of U.S. Central Federal   :
Credit Union, Western Corporate Federal Union, Members  :
United Corporate Federal Union, and Southwest     :
Corporate Federal Credit Union,            :
                                          :
                 Plaintiff,         :        No. 11-cv-2341 EFM/JPO
                                          :
          v.                       :
                                          :
J.P. MORGAN SECURITIES LLC, J.P. MORGAN      :
ACCEPTANCE CORPORATION I, AMERICAN HOME      :
MORTGAGE ASSETS LLC, INDYMAC MBS, INC., and   :
BOND SECURITIZATION, LLC,              :
                                          :
                                          :
                 Defendants.        :
------------------------------------------------------------------- x
```

## JOINT RENEWED MOTION TO EXTEND THE PAGE LIMITATION FOR DISMISSAL MOTION BRIEFING

COME NOW Defendants J.P. Morgan Securities LLC, J.P. Morgan Acceptance

Corporation I and Bond Securitization, LLC (collectively, the "J.P. Morgan Defendants"),

Defendant IndyMac MBS, Inc. ("IndyMac MBS") (together with the J.P. Morgan Defendants,

"Defendants") and Plaintiff National Credit Union Administration Board ("Plaintiff") (together

with Defendants, "the Moving Parties"), by and through counsel, and move the Court for an

order permitting them to file their briefing on a potential motion to dismiss Plaintiff's complaint

in excess of the page limitations set forth in Local Rule 7.1(e).  Pursuant to the Court's Order

(Docket No. 25), and with the understanding that the Moving Parties' previous joint submission

did not provide reasons why a motion to extend page limitations should be granted, the Moving

Parties hereby respectfully request that the Court grant this Renewed Motion for the reasons and argument set forth herein:

1.      On June 20, 2011, Plaintiff commenced the above-captioned action by filing a complaint (the "Complaint") in the United States District Court for the District of Kansas against J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, American Home Mortgage Assets LLC, IndyMac MBS, Inc., and Bond Securitization, LLC.

2.      On July 18, 2011, Plaintiff served J.P. Morgan Securities LLC and J.P. Morgan Acceptance Corporation I, via electronic mail, with the Summons and Complaint.

3.      On July 19, 2011, Plaintiff served defendant Bond Securitization, LLC, via electronic mail, with the Summons and Complaint.

4.      According to the Proof of Service (Docket No. 5), Plaintiff served IndyMac MBS on July 19, 2011.

5.      On August 31, 2011, the Court granted the J.P. Morgan Defendants' and Plaintiff's joint motion for extension of time, ordered that the J.P. Morgan Defendants' time to answer or otherwise respond to Plaintiff's Complaint be extended until October 27, 2011, and ordered that, if the J.P. Morgan Defendants move to dismiss the Complaint, Plaintiffs shall have until December 23, 2011 to oppose that motion and the J.P. Morgan Defendants shall have until January 25, 2012 to file a reply brief in further support of that motion.

6.      On September 7, 2011, the Court granted IndyMac MBS's second consent motion for an extension of time, and ordered that IndyMac MBS's time to answer or otherwise respond to Plaintiff's Complaint be extended until October 27, 2011.

7.      On October 25, 2011 the Moving Parties filed a Joint Motion to Extend the Page Limitation for Dismissal Motion Briefing (Docket No. 24).  Today, this Court (Docket No. 25)

denied such motion without prejudice for failure to provide reason or argument as to why the Moving Parties required additional pages for their potential briefing.

       8.     The Moving Parties now file this Renewed Motion to extend the page limitation for their potential briefing and respectfully request that the Renewed Motion be granted in light of the following:

        a.     Plaintiff's Complaint is in excess of 180 pages and involves complex allegations regarding more than a dozen mortgage-backed securities offerings comprising thousands of securitized mortgage loans with an aggregate original principal balance of over a billion dollars.

        b.     Plaintiff alleges 15 causes of action against five Defendants for alleged violations of several unique laws including the federal Securities Act of 1933 as well the securities statutes of four states:  California, Illinois, Texas, and Kansas.

        c.     Defendants intend to file a single, 45-page brief in support of their motion to dismiss, rather than filing four separate 30-page briefs for each named defendant as permitted under Local Rule 7.1(e).

        d.     Plaintiff would then respond to this single motion to dismiss brief with an opposition brief that would not exceed the same 45 pages.

       WHEREFORE, the Moving Parties respectfully renew their request that the Court extend the page limitation set forth in Local Rule 7.1(e) and allow briefing subject to the following page limitations, exclusive of any title page, table of authorities, table of contents and signature page, if Defendants move to dismiss the Complaint:

    a.        Forty-five (45) pages for a brief filed in support of Defendants' motion to dismiss the Complaint;

    b.        Forty-five (45) pages for a brief filed in opposition to Defendants' motion to dismiss the Complaint; and

    c.        Twenty (20) pages for a reply brief filed in support of Defendants' motion to dismiss the Complaint.

Respectfully submitted,

/s/  John W. Shaw
John W. Shaw (KS # 70091)
Thomas P. Schult (KS # 70463)
Jennifer B. Wieland (KS # 22444)
BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
Tel:  (816) 561 - 7007
Fax:  (816) 561 – 1888
jshaw@berkowitzoliver.com

*Of Counsel*
Daniel Slifkin
Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000
dslifkin@cravath.com
mpaskin@cravath.com

*Counsel for Defendants J.P. Morgan
Securities LLC, J.P. Morgan Acceptance
Corporation I and Bond Securitization, LLC*

and

/s/  Lawrence D. Greenbaum
Lawrence D. Greenbaum (KS #12175)
George D. Halper (KS #14736)
MCANANY, VAN CLEAVE &
PHILIPS, P.A. -- KCK
10 East Cambridge Circle Drive, Suite 300
PO Box 171300
Kansas City, KS 66117-1300
Tel: (913) 371-3838
Fax: (913)371-4722
lgreenbaum@mvplaw.com
ghalper@mvplaw.com

*Counsel for Defendant IndyMac MBS, Inc.*

and

/s/ Norman E. Siegel_____
Norman E. Siegel (D. Kan. # 70354)
Rachel E. Schwartz (Kan. # 21782)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
schwartz@stuevesiegel.com

Mark C. Hansen
David C. Frederick
Wan J. Kim
Joseph S. Hall
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Fax: (202) 326-7999
mhansen@khhte.com
dfrederick@khhte.com
wkim@khhte.com
jhall@khhte.com

George A. Zelcs
KOREIN TILLERY, LLC
205 North Michigan Avenue, Suite 1950
Chicago, Illinois 60601
Phone: (312) 641-9760
Fax: (312) 641-9751
GZelcs@koreintillery.com

Stephen M. Tillery
Douglas R. Sprong
Peter H. Rachman
Robert L. King
Diane Moore Heitman
KOREIN TILLERY, LLC
505 North Seventh Street, Suite 3600
St. Louis, Missouri 63101-1625
Phone: (314) 241-4844
Fax: (314) 241-3525
STillery@koreintillery.com
DSprong@koreintillery.com
PRachman@koreintillery.com
RKing@koreintillery.com
DHeitman@koreintillery.com

Of Counsel:

Michael J. McKenna, General Counsel
John K. Ianno, Associate General Counsel
NATIONAL CREDIT UNION
ADMINISTRATION
1775 Duke Street
Alexandria, Virginia 22314-3428

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ John W. Shaw
Counsel for Defendants J.P. Morgan
Securities LLC, J.P. Morgan Acceptance
Corporation I and Bond Securitization, LLC