IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union,<br><br>   Plaintiff,<br><br>v.<br><br>J.P. MORGAN SECURITIES LLC., J.P. MORGAN ACCEPTANCE CORPORATION I, AMERICAN HOME MORTGAGE ASSETS LLC, INDYMAC MBS, INC., and BOND SECURITIZATION, LLC,<br><br>   Defendants. | Case No.11-cv-2341 EFM/JPO |

### INDEX TO EXHIBITS

Declaration of David C. Frederick in Support of Plaintiff's Opposition to Motion to Dismiss

    Exhibit A:    Complaint, *Lone Star Fund V (U.S.), L.P. v. Barclays Bank PLC*, Civ. No. 308-CV-261-L (N.D. Tex. filed Mar. 26, 2008)

    Exhibit B:    Complaint, *New Jersey Carpenters Health Fund v. NovaStar Mortg., Inc.*, No. 08 Civ. 5310 (DAB) (S.D.N.Y. filed Jun. 16, 2009)

    Exhibit C:    *Plumbers' & Pipefitters' Local #562 Supplemental Plan & Trust v. J.P. Morgan Acceptance Corp. I*, No. 08 CV 1713, slip op. (S.D.N.Y. Dec. 13, 2011)