IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>v.<br><br>J.P. MORGAN SECURITIES LLC., J.P. MORGAN ACCEPTANCE CORPORATION I, AMERICAN HOME MORTGAGE ASSETS LLC, INDYMAC MBS, INC., and BOND SECURITIZATION, LLC,<br><br>Defendants. | Case No.11-cv-2341 EFM/JPO |

**DECLARATION OF DAVID C. FREDERICK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

I, David C. Frederick, hereby declare as follows:

1. I have personal knowledge of the facts set forth below, and, if called upon as a witness, I could and would testify competently to them.

2. I am an attorney with the law firm Kellogg Huber Hansen Todd and one of the attorneys representing Plaintiff National Credit Union Administration Board ("NCUA") in the above captioned case. I respectfully submit this Declaration in support of NCUA's Opposition to Motion to Dismiss.

3. Attached as **Exhibit A** is a true and correct copy of Complaint, *Lone Star Fund V (U.S.), L.P. v. Barclays Bank PLC*, Civ. No. 308-CV-261-L (N.D. Tex. filed Mar. 26, 2008).

- 1 -

- 2 -

4.	Attached as **Exhibit B** is a true and correct copy of Complaint, *New Jersey Carpenters Health Fund v. NovaStar Mortg., Inc.*, No. 08 Civ. 5310 (DAB) (S.D.N.Y. filed Jun. 16, 2009).

5.	Attached as **Exhibit C** is a true and correct copy of *Plumbers' & Pipefitters' Local #562 Supplemental Plan & Trust v. J.P. Morgan Acceptance Corp. I*, No. 08 CV 1713, slip op. (S.D.N.Y. Dec. 13, 2011).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 23, 2011

Washington, D.C.


/s/ David C. Frederick
David C. Frederick