IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NATIONAL CREDIT UNION
ADMINISTRATION BOARD, as
Liquidating Agent of U.S. Central Federal
Credit Union, Western Corporate Federal
Credit Union, Members United Corporate
Federal Credit Union, and Southwest
Corporate Federal Credit Union,

                              Plaintiff,

           v.

J.P. MORGAN SECURITIES LLC., J.P.
MORGAN ACCEPTANCE
CORPORATION I, AMERICAN HOME
MORTGAGE ASSETS LLC, INDYMAC
MBS, INC., and BOND
SECURITIZATION, LLC,

                             Defendants.

Case No. 2:11-cv-2341 EFM/JPO

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

       Pursuant to D. Kan. Rule 83.5.4., I move that Scott H. Christensen be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

       I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by

{K0361042.DOC; 1}

1

said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 East Cambridge Circle Drive, Suite 300
Kansas City, KS 66103
Telephone: (913) 371-3838
Fax: (913) 371-4722
E-mail: lgreenbaum@mvplaw.com

By: /s/ Lawrence D. Greenbaum
Lawrence D. Greenbaum #12175
*Attorney for IndyMac MBS, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 29, 2012, this document was electronically filed with the Clerk of the Court using the CM/ECF system which system notifies counsel of record of such filing.

/s/ Lawrence D. Greenbaum

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union,<br><br>      Plaintiff,<br><br>  v.<br><br>J.P. MORGAN SECURITIES LLC., J.P. MORGAN ACCEPTANCE CORPORATION I, AMERICAN HOME MORTGAGE ASSETS LLC, INDYMAC MBS, INC., and BOND SECURITIZATION, LLC,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 11-cv-2341 EFM/JPO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4. and 28 U.S.C. § 1746, I declare that the following facts are true, to the best of my knowledge, information and belief:

1.   My full name is:   Scott Hu Christensen

2.   I practice under the following firm name or letterhead:

  Name:   Hughes Hubbard & Reed LLP

  Address:   1775 I Street, N.W.
        Washington, D.C.  20006-2401

  Telephone Number:   (202) 721-4644

  Fax:   (202) 721-4646

  Email address:   christensen@hugheshubbard.com

61815292_1

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| District of Columbia | 7/8/2002 | 476439 |
| State of New York | 8/3/1998 | 2912830 |
| US Supreme Court | 6/2/2003 | |
| USCA, DC Cir | 4/15/2003 | |
| USCA, 1st Cir | 4/3/2003 | |
| USCA, 2d Cir | 4/19/2007 | |
| USCA, 4th Cir | 6/2/2004 | |
| USCA, 8th Cir | 9/22/2005 | |
| USCA, 9th Cir | 4/14/2003 | |
| USDC, ED Mich | 8/29/2001 | |
| USDC, DDC | 5/5/2003 | |
| USDC, D Md | 6/7/2004 | |
| USDC, SDNY | 12/19/2006 | |
| USDC, EDNY | 12/21/2006 | |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

61815292_1

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

I declare under penalty of perjury that the foregoing is true and correct and that this affidavit is being served in accordance with D. Kan. Rule 5.1.

Dated: March 28, 2012
Washington, D.C.

_____
Scott H. Christensen

3

61815292_1



# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
### Attorney Electronic Filing Registration Form

Name: Scott H. Christensen

Office: Hughes Hubbard & Reed LLP

Address: 1775 I Street, N.W.

Address:

City: Washington  State: D.C.  Zip: 20006-2401

Office Phone: (202) 721-4644  Ext.:  Fax: (202) 721-4646

---

Kansas Bar # (or other state Bar #): 476439 (DC)

Internet E-mail Address: christensen@hugheshubbard.com

Last 4 Digits of Social Security Number: 6091

---

By registering, attorneys consent to electronic service of all documents.

By completing this form, attorneys certify that they are members in good standing of the bar of this court, are applying for or have been granted admission pro hac vice or are involved in an MDL action in a case currently pending before this court and that they have read and are familiar with the rules of practice and the administrative procedures guide governing electronic filing, both which may be found at www.ksd.uscourts.gov.

The electronic filing of a petition, pleading, motion, or other paper by an attorney who is a registered participant in the Electronic Filing System shall constitute the signature of that attorney under Federal Rule of Civil Procedure 11.

By registering, the undersigned agrees to abide by the rules and regulations in the most recent general order currently in effect and any changes or additions that may be made in the future to the general order, the administrative procedures guide or this court's local rules.

**PRO HAC VICE ATTORNEYS:** Each attorney applying for pro hac vice admission must complete and sign an Electronic Filing Registration Form and file it as an attachment to the motion for pro hac vice admission. Attorneys admitted pro hac vice may then retrieve documents electronically through PACER and will receive System-generated notices of electronic filings. However, the System will not allow the attorney to file documents electronically.

### LOGIN/PASSWORD INFORMATION
-Attorneys Admitted to the District of Kansas – your login/password will be mailed to you.
-Pro Hac Vice Attorneys – no login/password will be issued as local counsel is responsible for all electronic filing.
-MDL Attorneys – issuance of a login/password will be determined by the presiding judge in MDL actions in this court.

**ATTORNEYS ADMITTED TO THE DISTRICT OF KANSAS and MDL ATTORNEYS:**
Return this form *via hand delivery or U.S. mail* to:

Clerk, U.S. District Court
Electronic Filing Registration
259 U.S. Courthouse
500 State Avenue
Kansas City, Kansas 66101

OR fax completed form to: 913-735-2201

OR email completed form to: ksd_attorney_registration@ksd.uscourts.gov

**ATTORNEYS APPLYING FOR PRO HAC VICE ADMISSION**
Attach completed form to pro hac vice motion

for pro hac vice admission)
(**REQUIRED**)

Date _____  Applicant's Signature _____