S.D.N.Y.–N.Y.C.
11-cv-5201
Cote, J.
Francis, M.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 14th day of August, two thousand twelve.

Present:

Denny Chin,
Susan L. Carney,
Christopher F. Droney,
*Circuit Judges.*

---

Federal Housing Finance Agency as Conservator for the Federal National Mortgage Association, The Federal Home Loan Mortgage Corporation,

*Plaintiffs - Respondents,*

v. 12-2547

UBS Americas Inc., *et al.*,

*Defendants - Petitioners.*

---

Petitioners, through counsel, move, pursuant to 28 U.S.C. § 1292(b), for leave to appeal an interlocutory order of the district court, and, if leave to appeal is granted, for expedited briefing. Upon due consideration, it is hereby ORDERED that both requests are GRANTED. The Clerk's Office is directed to issue an expedited scheduling order and to set the appeal for the next available calendar.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk




SAO-WJF