# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Union, Members United Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union, | |
| Plaintiff, | No. 11-cv-2341 EFM/JPO |
| v. | |
| J.P. MORGAN SECURITIES LLC, J.P. MORGAN ACCEPTANCE CORPORATION I, AMERICAN HOME MORTGAGE ASSETS LLC, INDYMAC MBS, INC., and BOND SECURITIZATION, LLC, | |
| Defendants. | |

### J.P. MORGAN DEFENDANTS' MOTION FOR A TEMPORARY STAY PENDING THE TENTH CIRCUIT'S REVIEW OF *NCUAB v. RBS*

The undersigned defendants ("J.P. Morgan Defendants") hereby move to stay this action. As more fully explained in the accompanying J.P. Morgan Defendants' Memorandum of Law In Support of Their Motion for a Temporary Stay Pending the Tenth Circuit's Review of NCUAB v. RBS, and supported by the accompanying declaration of Benjamin D. Brutlag and the exhibits thereto, for reasons including the promotion of judicial efficiency and to benefit the interests of the parties, the public and non-parties, this Motion should be granted and the Court should temporarily stay proceedings in this action and defer ruling on the J.P. Morgan Defendants' Motion to Dismiss the Complaint (ECF No. 28) pending the Tenth Circuit's review of National Credit Union Administration Board v. RBS Securities, Inc., Civ. Nos. 11-2340-RDR & 11-2649-RDR, 2012 WL 3028803 (D. Kan. July 25, 2012).

-2-

Counsel for the J.P. Morgan Defendants conferred with counsel for the Plaintiff with respect to the relief requested in this motion.  Plaintiff does not consent to the motion.

Dated:  November 16, 2012
       Kansas City, Missouri

            Respectfully submitted,

            /s/  John W. Shaw
            John W. Shaw (KS # 70091)
            Thomas P. Schult (KS # 70463)
            Jennifer B. Wieland (KS # 22444)
            BERKOWITZ OLIVER WILLIAMS
            SHAW & EISENBRANDT LLP
            2600 Grand Boulevard, Suite 1200
            Kansas City, MO 64108

            <u>Of Counsel</u>

            Daniel Slifkin (NY # 2439768 )
            dslifkin@cravath.com
            Michael A. Paskin (NY # 2767507)
            mpaskin@cravath.com
            CRAVATH, SWAINE & MOORE LLP
            825 Eighth Avenue
            New York, New York 10019
            (212) 474-1000 (tel.)
            (212) 474-3200 (fax)

            <u>Counsel for Defendants J.P. Morgan</u>
            <u>Securities LLC, J.P. Morgan Acceptance</u>
            <u>Corporation I and Bond Securitization, LLC</u>

-3-

## **CERTIFICATE OF SERVICE**

        I hereby certify that on the 16th day of November, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        /s/ John W. Shaw
        Counsel for Defendants J.P. Morgan
        Securities LLC, J.P. Morgan Acceptance
        Corporation I and Bond Securitization, LLC