UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Union, Members United Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union, <br><br> Plaintiff, <br><br> v. <br><br> J.P. MORGAN SECURITIES LLC, J.P. MORGAN ACCEPTANCE CORPORATION I, AMERICAN HOME MORTGAGE ASSETS LLC, INDYMAC MBS, INC., and BOND SECURITIZATION, LLC, <br><br> Defendants. | No. 11-cv-2341 EFM/JPO |

## DECLARATION OF BENJAMIN D. BRUTLAG, ESQ.

I, Benjamin D. Brutlag, Esq., make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare as follows:

1. I am an associate of the law firm Cravath, Swaine & Moore LLP and have been admitted to this Court *pro hac vice*. I respectfully submit this declaration in support of the J.P. Morgan Defendants' Motion for a Temporary Stay Pending the Tenth Circuit's Review of NCUAB v. RBS.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the ruling, published December 19, 2011, in National Credit Union Administration Board v. RBS Securities, Inc., No. 11-cv-05887 (C.D. Cal.).

-2-

3. Attached hereto as **Exhibit 2** is a true and correct copy of the order, published November 6, 2012, in In re Financial Asset Securities Corp. v. National Credit Administration Board, Case Nos. 12-607 (10th Cir.).

4. Attached hereto as **Exhibit 3** is a true and correct copy of the order, published November 6, 2012, in In re Nomura Home Equity Loan, Inc. v. National Credit Union Administration Board, Case No. 12-606 (10th Cir.)

5. Attached hereto as **Exhibit 4** is a true and correct copy of the ruling, published January 30, 2012, in National Credit Union Administration Board v. RBS Securities, Inc., No. 11-cv-05887 (C.D. Cal.).

6. Attached hereto as **Exhibit 5** is a true and correct copy of the ruling, published March 15, 2012, in National Credit Union Administration Board v. Goldman Sachs and Co., No. 11-cv-6521 (C.D. Cal.).

7. Attached hereto as **Exhibit 6** is a true and correct copy of the order, published May 16, 2012, in In re Bear Stearns Mortg. Pass-Through Certificates Litig., No. 08 Civ. 8093 (LTS) (S.D.N.Y.).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 16, 2012
New York, New York

       /s/ Benjamin Brutlag
Benjamin D. Brutlag

-2-