EXHIBIT 2

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**November 6, 2012**

**Elisabeth A. Shumaker**
**Clerk of Court**

―――――――――――――――――――――

| | |
|---|---|
| In re: FINANCIAL ASSET SECURITIES CORP; RBS ACCEPTANCE, INC., f/k/a Greenwich Capital Acceptance, Inc.; RBS SECURITIES, INC., f/k/a Greenwich Capital Markets, Inc., | |
| Petitioners, | |
| v. | No. 12-607 (D.C. Nos. 2:11-CV-02340-RDR-KGS & 2:11-CV-02649-JAR-KGS) |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as liquidating agent of U.S. Central Federal Credit Union, | |
| Respondent. | |

―――――――――――――――――――――

### ORDER

―――――――――――――――――――――

Before **MURPHY**, **HARTZ**, and **HOLMES**, Circuit Judges.

―――――――――――――――――――――

This matter is before the court on RBS Securities Inc., RBS Acceptance Inc., and Financial Asset Securities Corp. (collectively, the "RBS Defendants") Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292(b) from Order Denying in Part Defendants' Motions to Dismiss (the "Petition"). A joinder in the Petition was filed by Wachovia Capital Markets, LLC, and Wachovia Mortgage Loan and Trust.

The National Credit Union Administration Board filed a response as well as supplemental authority opposing the Petition.

Upon careful consideration, we grant the Petition.

Within 14 days of the date of this order, the RBS Defendants shall pay the $455 filing fee to the Clerk of the District Court for the District of Kansas. *See* Fed. R. App. P. 5(d)(1)(A). The date of this order shall serve as the date of the notice of appeal. *Id*. at 5(d)(2).

The clerk of this court is directed to open a new appeal once the district court notifies this court that the filing fees have been paid. *Id.* 5(d)(3). The parties will be advised on how to proceed in separate directives issued in the new matter. The new appeal opened from this Petition shall be designated by the clerk as a companion case to the appeal opened from the petition filed in 12-606, *In re: Nomura Home Equity Loan, Inc. v. National Credit Union Administration Board,* and these new appeals shall be submitted and considered together.

        Entered for the Court
        ELISABETH A. SHUMAKER, Clerk

        *Lara Smith*

        by: Lara Smith
           Counsel to the Clerk