EXHIBIT 3

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**November 6, 2012**

**Elisabeth A. Shumaker**
**Clerk of Court**

### UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

_____

In re: NOMURA HOME EQUITY LOAN, INC.,

    Petitioner,

v.

NATIONAL CREDIT UNION ADMINISTRATION BOARD, as liquidating agent of U.S. Central Federal Credit Union,

    Respondent.

No. 12-606

_____

### ORDER
_____

Before **MURPHY**, **HARTZ**, and **HOLMES**, Circuit Judges.
_____

    This matter is before the court on Petitioner Nomura Home Equity Loan, Inc.'s ("Nomura") Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292(b) (the "Petition"). Joinders in the Petition were filed by Wachovia Capital Markets, LLC and Wachovia Mortgage Loan and Trust, and Novastar Mortgage Funding Corp.

    The National Credit Union Administration Board filed a response as well as supplemental authority opposing the Petition.

    In accordance with Tenth Circuit Rule 5.1, Nomura filed a Motion for Leave to File Reply in Support of Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292(b) and submitted a proposed reply with its motion. Joinders in the motion to file a

reply brief were filed by Wachovia Capital Markets, LLC and Wachovia Mortgage Loan and Trust, and Novastar Mortgage Funding Corp.

Upon consideration, we grant Nomura's motion to file a reply brief. The reply brief shall be deemed filed as of the date it was received by the court.

Upon further consideration, we grant the Petition.

Within 14 days of the date of this order, Nomura shall pay the $455 filing fee to the Clerk of the District Court for the District of Kansas. *See* Fed. R. App. P. 5(d)(1)(A). The date of this order shall serve as the date of the notice of appeal. *Id*. at 5(d)(2).

The clerk of this court is directed to open a new appeal once the district court notifies this court that the filing fees have been paid. *Id.* 5(d)(3). The parties will be advised on how to proceed in separate directives issued in the new matter. The new appeal opened from this Petition shall be designated by the clerk as a companion case to the appeal opened from the petition filed in 12-607, *In re: Financial Asset Securities Corp., et al. v. National Credit Union Administration Board,* and these new appeals shall be submitted and considered together.

    Entered for the Court
    ELISABETH A. SHUMAKER, Clerk

    *Lara Smith*

    by: Lara Smith
        Counsel to the Clerk