EXHIBIT 6

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 16 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

IN RE BEAR STEARNS                  :
MORTGAGE PASS-THROUGH               :         MASTER FILE
CERTIFICATES LITIGATION             :         08 Civ. 8093 (LTS)(KNF)
                                    :
                                    :
This Document Relates To:           :
All Actions                         :
                                    :
                                    :
                                    :
------------------------------------------------------x

## ORDER

This action is stayed pending the outcome of the appeal of In re IndyMac Mortgage-Backed Securities Litigation, 11-2998-cv(L), 11-3036-cv(con). The pre-trial conference scheduled for Thursday, May 17, 2012 is hereby adjourned sine die. This order resolves docket entry no. 173.

SO ORDERED.

Dated: New York, New York
       May 16, 2012

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              United States District Judge