IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union,<br><br>    Plaintiff,<br>v.<br><br>J.P. MORGAN SECURITIES LLC., J.P. MORGAN ACCEPTANCE CORPORATION I, AMERICAN HOME MORTGAGE ASSETS LLC, INDYMAC MBS, INC., and BOND SECURITIZATION, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Case No. 11-cv-2341 EFM/JPO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF WAN J. KIM IN SUPPORT OF NCUA'S OPPOSITION TO MOTION FOR A STAY**

I, Wan J. Kim, hereby declare as follows:

1. I have personal knowledge of the facts set forth below, and, if called upon as a witness, I could and would testify competently to them.

2. I am an attorney with the law firm Kellogg, Huber, Hansen, Todd, Evans, & Figel, P.L.L.C. I am admitted *pro hac vice* in this litigation and represent Plaintiff National Credit Union Administration Board ("NCUA") in the above captioned case. I respectfully submit this Declaration in support of NCUA's Opposition to Motion for a Stay.

3. Attached as **Exhibit A** is a true and correct copy of Order, *Federal Hous. Fin. Agency v. UBS Americas, Inc.*, No. 1:11-cv-05201 (S.D.N.Y. Sept. 4, 2012) (ECF No. 186).

4. Attached as **Exhibit B** is a true and correct copy of Order, *Federal Hous. Fin. Agency v. UBS Americas, Inc.*, No. 12-3207 (2d Cir. Oct. 1, 2012) (ECF No. 126).

-2-

4.	Attached as **Exhibit C** is a true and correct copy of Order, *Federal Hous. Fin. Agency v. UBS Americas, Inc.*, No. 1:11-cv-05201 (S.D.N.Y. Nov. 26, 2012) (ECF No. 277).

5.	Attached as **Exhibit D** is a true and correct copy of *Federal Hous. Fin. Agency v. Royal Bank of Scotland*, No. 3:11-cv-01383 (D. Conn. Aug. 17, 2012) (ECF No. 61).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 30, 2012

Washington, D.C.


/s/  Wan. J. Kim
Wan J. Kim