IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union,<br><br>     Plaintiff,<br><br>v.<br><br>J.P. MORGAN SECURITIES, LLC, J.P. MORGAN ACCEPTANCE CORPORATION I, AMERICAN HOME MORTGAGE ASSETS LLC, INDYMAC MBS, INC. and BOND SECURITIZATION, LLC,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 11-cv-2341 EFM/JPO |

## ENTRY OF APPEARANCE

Elizabeth Raines of Hughes Hubbard & Reed LLP hereby enters her appearance as counsel for defendant IndyMac MBS, Inc.

             Respectfully submitted,

             /s/ Elizabeth Raines
             Elizabeth Raines, #20668
             E-Mail: raines@hugheshubbard.com
             HUGHES HUBBARD & REED LLP
             2345 Grand Blvd., Suite 2000
             Kansas City, MO 64108-2663
             Telephone:  (816) 709-4100
             Facsimile:  (816) 709-4198

             Attorney for Defendant IndyMac MBS, Inc.

62300906_1

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing was electronically filed on the 10th day of April, 2013, with the Clerk of the Court by using the CM/ECF system, which will send electronic notification to all attorneys of record.

/s/ Elizabeth Raines
Attorney for Defendant
IndyMac MBS, Inc.