IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union,<br><br>                              Plaintiff,<br><br>v.<br><br>J.P. MORGAN SECURITIES LLC., J.P. MORGAN ACCEPTANCE CORPORATION I, AMERICAN HOME MORTGAGE ASSETS LLC, INDYMAC MBS, INC., and BOND SECURITIZATION, LLC,<br><br>                              Defendants. | Case No. 2:11-cv-2341-JWL-JPO |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Lawrence D. Greenbaum of McAnany, Van Cleave & Phillips, P.A. hereby gives notice of his withdrawal as counsel for IndyMac MBS, Inc. which will continue to be represented by Elizabeth Raines of the law firm Hughes Hubbard & Reed LLP. IndyMac MBS, Inc. has elected to engage solely the firm of Hughes Hubbard & Reed LLP in this matter.

        McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 East Cambridge Circle Drive, Suite 300
Kansas City, KS  66103
Telephone (913) 371-3838
Facsimile (913) 371-4722
lgreenbaum@mvplaw.com


BY:  ___s/ Lawrence D. Greenbaum_____
     Lawrence D. Greenbaum  #12175
     *Attorneys for Defendant*
     *INDYMAC MBS, INC.*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 11, 2013, this document was electronically filed with the Clerk of the Court using the CM/ECF system which system notifies counsel of record of such filing.


    s/_____Lawrence D. Greenbaum_____

{K0388600.DOC; 1}