IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union,<br><br>         Plaintiff,<br><br>    v.<br><br>J.P. MORGAN SECURITIES LLC., J.P. MORGAN ACCEPTANCE CORPORATION I, AMERICAN HOME MORTGAGE ASSETS LLC, INDYMAC MBS, INC., and BOND SECURITIZATION, LLC,<br><br>         Defendants. | Case No. 2:11-cv-2341-JWL-JPO |

## CERTIFICATE OF SERVICE OF
## NOTICE OF WITHDRAWAL OF APPEARANCE

Lawrence D. Greenbaum of McAnany, Van Cleave & Phillips, P.A. hereby certifies that on April 11, 2013, a copy of his withdrawal as counsel for IndyMac MBS, Inc. was served on IndyMac MBS, Inc.

{K0388672.DOC; 1}

1

                              McANANY, VAN CLEAVE & PHILLIPS, P.A.
                              10 East Cambridge Circle Drive, Suite 300
                              Kansas City, KS  66103
                              Telephone (913) 371-3838
                              Facsimile (913) 371-4722
                              lgreenbaum@mvplaw.com


BY:    s/ Lawrence D. Greenbaum
           Lawrence D. Greenbaum  #12175
           *Attorneys for Defendant*
           *INDYMAC MBS, INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 11, 2013, this document was electronically filed with the Clerk of the Court using the CM/ECF system which system notifies counsel of record of such filing.


                              s/     Lawrence D. Greenbaum