IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union,<br><br>                              Plaintiffs,<br><br>v.<br><br>J.P. MORGAN SECURITIES LLC, J.P. MORGAN ACCEPTANCE CORPORATION I, AMERICAN HOME MORTGAGE ASSETS LLC, and BOND SECURITIZATION, LLC,<br><br>                              Defendants. | Case No. 11-cv-2341-JWL-JPO |

## **NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL**

WHEREAS the National Credit Union Administration Board as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union ("Plaintiffs") and Defendants J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, and Bond Securitization, LLC ("Settling Defendants") have reached a settlement disposing of all claims against Settling Defendants asserted in the above-captioned action (the "Action");

WHEREAS Plaintiffs and Settling Defendants stipulate that all claims against Settling Defendants should be dismissed with prejudice, each party to bear its own costs;

WHEREAS Plaintiffs desire to voluntarily dismiss their claims against American Home Mortgage Assets LLC without prejudice.

NOW, THEREFORE, IT IS HEREBY ORDERED, by stipulation of Plaintiffs and Settling Defendants, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)-(ii), the claims against Settling Defendants shall be, and hereby are, dismissed with prejudice, each party to bear its own costs;

IT IS FURTHER ORDERED that the claims against American Home Mortgage Assets LLC are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)-(ii).

Dated: December 17, 2013

NATIONAL CREDIT UNION
ADMINISTRATION BOARD,
as Liquidating Agent of U.S. Central Federal
Credit Union, Western Corporate Federal
Credit Union, Members United Corporate
Federal Credit Union, and Southwest
Corporate Federal Credit Union

By: /s/ Norman E. Siegel

George A. Zelcs, *pro hac vice*
KOREIN TILLERY, LLC
205 North Michigan Avenue, Suite 1950
Chicago, Illinois 60601
Phone: (312) 641-9760
Fax: (312) 641-9751
GZelcs@koreintillery.com

Norman E. Siegel (D. Kan. # 70354)
Rachel E. Schwartz (Kan. # 21782)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
schwartz@stuevesiegel.com

Stephen M. Tillery
Douglas R. Sprong
Peter H. Rachman
Robert L. King
Diane E. Moore
KOREIN TILLERY, LLC
505 North Seventh Street
Suite 3600
St. Louis, Missouri 63101-1625
Phone: (314) 241-4844
Fax: (314) 241-3525

Mark C. Hansen, *pro hac vice*
David C. Frederick, *pro hac vice*
Wan J. Kim, *pro hac vice*
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Fax: (202) 326-7999
mhansen@khhte.com
dfrederick@khhte.com
wkim@khhte.com

Of Counsel
Michael J. McKenna, General Counsel
John K. Ianno, Associate General Counsel
NATIONAL CREDIT UNION
ADMINISTRATION
1775 Duke Street
Alexandria, Virginia 22314

*Attorneys for Plaintiffs*

| | |
|---|---|
| Dated:  December 17, 2013 | J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, and Bond Securitization, LLC |

By:  /s/ John W. Shaw
John W. Shaw (KS # 70091)
Thomas P. Schult (KS # 70463)
Jennifer B. Wieland (KS # 22444)
BERKOWITZ OLIVER WILLIAMS
 SHAW & EISENBRANDT LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
Tel: (816) 561-7007
Fax: (816) 561-1888
jshaw@berkowitzoliver.com
tschult@berkowitzoliver.com
jwieland@berkowitzoliver.com

*Of Counsel*

Michael A. Paskin (NY # 2767507)
Daniel Slifkin (NY # 2767507)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
mpaskin@cravath.com
dslifkin@cravath.com

*Attorneys for Defendants J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, and Bond Securitization, LLC*

- 5 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on December 17, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                /s/ Norman E. Siegel
                                                *Attorney for Plaintiffs*